# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

IDILIO MONSIVAIS,

               Plaintiff,

v.

CODY PETERSON, et al.,

               Defendants.

2:22-cv-02116-JAD-VCF

**ORDER**

    Before the court is plaintiff's motion for pro se litigant to file electronically (ECF No. 4).

    Plaintiff has filled out a form for another court that is not required here in this court.  The court will construe plaintiff's motion as a request to file electronically in this court.

    Plaintiff may proceed to file electronically in this court.  The court's Local Rules list the requirements for electronic filing of court documents and electronic filer responsibilities.  LR IC 1-1 and LR IC 2-1.  The Local Rules can be found on the court's website www.nvd.uscourts.gov.

    Accordingly,

    IT IS ORDERED that plaintiff's motion for pro se litigant to file electronically (ECF No. 4) is GRANTED.  Plaintiff must review this Court's Local Rules on electronic filing LR IC 1-1 and LR IC 2-1.  Registration and filer instructions can be found on the court's website or plaintiff may contact the Court's Clerk's office for further information (702-464-5400).

    DATED this 4th day of May 2023.

                                              _____

                                        CAM FERENBACH
                                        UNITED STATES MAGISTRATE JUDGE