# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Idolio Monsivias,<br><br>                    Plaintiff(s),<br><br>v.<br><br>Cody Peterson, et al.,<br><br>                    Defendant(s). | 2:22-cv-02116-JAD-VCF<br><br>**ORDER** |

Before the court is *Idolio Monsivias v. Cody Peterson, et al.*, case number 2:22-cv-02116-JAD-VCF.

Accordingly,

IT IS HEREBY ORDERED that an in-person status hearing, is SCHEDULED for 2:00 PM, November 7, 2023, in Courtroom 3D, third floor, Lloyd D. George United States Courthouse, United States District Court, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Plaintiff Monsivias must attend the hearing.

The Clerk of Court is directed to mail a copy of this order to the address listed on the docket.

DATED this 5th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE