# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Idolio Monsivias,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Seamless Gutters et al.,<br><br>                    Defendant(s). | 2:22-cv-02116-JAD-MDC<br><br>**Order** |

Plaintiff filed his First Amended Complaint (ECF No. 17) on February 2, 2024. On February 2 and 5, 2024, Plaintiff filed unexecuted summonses for defendants (ECF Nos. 18 and 19). The Court has previously advised Plaintiff about his obligations to timely effectuate service of process. The Court now advises Plaintiff that unless he files either (a) proof of service (e.g., executed summonses for the defendants); or (b) a motion for an extension or time and leave for alterative service, by March 15, 2024, this action may be dismissed without prejudice and without further notice to Plaintiff.

ACCORDINGLY,

**IT IS ORDERED** that plaintiff files either (a) proof of service (e.g., executed summonses for the defendants); or (b) a motion for an extension or time and leave for alterative service, by **March 15, 2024.**

DATED this 16th day of February 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge