**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Idolio Monsivias,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Seamless Gutters,<br><br>                    Defendant(s). | **2:22-cv-02116-JAD-MDC**<br><br>**Report and Recommendation to Dismiss** |

      Pro se plaintiff Idolio Monsivias has failed to complete service on defendants Seamless Gutters and G.C. Hyteck. On December 21, 2022, Mr. Monsivias filed his complaint against Cody Peterson Seamless Gutters and G.C. Hyteck Josh Jacobson. ECF No. 1 at 1. On November 7, 2023, Judge Ferenbach (retired) ordered Mr. Monsivias to complete service by February 6, 2024. ECF No. 8. Mr. Monsivias later moved to amend his complaint to reflect the correct name of the defendants, i.e., Seamless Gutters and G.C. Hyteck. ECF No. 12. I granted the *Motion to Amend* and ordered Mr. Monsivias to file his amended complaint by February 2, 2024. ECF No. 16. I also ordered Mr. Monsivias to comply with Judge Ferenbach's Order (ECF No. 8) to complete service by February 6, 2024. ECF No. 16. Mr. Monsivias failed to comply with the Order. On February 16, 2024, I gave Mr. Monsivias one final chance to complete service by March 15, 2024. ECF No. 20. I warned Mr. Monsivias that failure to comply with the Order may result in the dismissal of his case. *Id.* Mr. Monsivias failed to comply with the Court's Order. I recommend that this case be dismissed pursuant to Rule 4(m).

      ACCORDINGLY,

      **I RECOMMEND that** this case be dismissed without prejudice for failure to complete service pursuant to Rule 4(m) and the Court's Orders.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

DATED this 8th day of April 2024.

IT IS SO RECOMMENDED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge